HENRY DOSCHER and Others, as Executors, etc., of CLAUS DOSCHER, Deceased, Respondents, v. BROOKLYN TRUST COMPANY (Substituted for

* See *post*, p. 965.— [REP.

† See § 11, subd. 3. See, also, Code of Ordinances of City of New York, chap. 24, art. 2, § 11, subd. 4.— [REP.

GESINE ENGEL), Appellant.— Judgment reversed and complaint dismissed, with costs. The 11th finding of fact is reversed, and the defendant's proposed findings of fact 14th, 15th, 16th and 17th are found by this court. The conclusions of law found by the trial court are reversed, and this court makes the conclusions of law as proposed by the defendant. No opinion. Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concur; Kelly, J., dissents.